**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 07–0280M |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) ) | |
| Mario Sanchez-Gomez, aka Mauro Francisco Ramirez-Cazarin, | ) ) ) | |
| Defendant. | ) ) ) | |

       This matter arises on Defendant's Motion to Continue Status conference currently set for Wednesday, November 21, 2007. Defense counsel seeks a continuance because Defendant has two cases pending, this one out of the District of Nevada and a new charge in CR-07-1207-PHX-SRB being prosecuted in this District. Defense counsel argues that "[t]he usefulness and availability of this process would be defeated by proceeding *separately* with the current status conference and extradition [Nevada] matter." (docket # 7 at 1)

       While the Court understands the inefficiency of proceeding separately in two different cases and is quite familiar with defense counsel's excellent reputation for, an due diligence in, resolving his clients' cases, numerous continuances on a magistrate judges calendar results in judicial inefficiency and added costs to

1  process cases. The Court will grant the Motion and will continue this matter one
2  last time and set it for full hearings on identity, detention and preliminary
3  revocation hearing before the undersigned which may be waived at the hearing.
4      Upon review of Defendant's Motion to Continue the Status Conference,
5  there being no objection from the government, and good cause appearing therefore,
6      **IT IS ORDERED** continuing the status conference in this case from
7  November 21, 2007, to **January 4, 2008 at 11:00 a.m.** before the undersigned in
8  Phoenix, Arizona.
9      DATED this 19th day of November, 2007.

                Lawrence O. Anderson
                United States Magistrate Judge